June 14, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CUSTOM TRANSIT, L.P., RICHWAY CARTAGE, INC., AND CUSTOM OPERATIONS, LLC, Appellants

NO. 14-10-00936-CV            V.

FLATROLLED STEEL, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, FLATROLLED STEEL, INC., signed July 9, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred. We therefore **REVERSE** the trial court's judgment insofar as it awards actual damages for negligence, exemplary damages, pre-judgment interest, post-judgment interest, and taxable costs against RICHWAY CARTAGE, INC. and **RENDER** judgment that FLATROLLED STEEL, INC. take nothing as to RICHWAY CARTAGE, INC. Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

Each party shall be responsible for their own costs incurred because of this appeal. We further order this decision certified below for observance.